Prob 35
(Rev 12/00)

Report and Order Terminating Supervised Release
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**

UNITED STATES OF AMERICA )
)
VS. ) Docket No.: 02-288(6) PAM
SHAWN MONTGOMERY )
)

On August 19, 2003, the above-named was sentenced to two years probation. His term of probation began August 19, 2003. The defendant has complied with the rules an regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that the defendant be discharged from probation.

Respectfully Submitted,

7-7-05

Paul A. Skurdall
U.S. Probation and Pretrial Services Officer
Date

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in this case be terminated.

Dated this 12th day of July, 2005.

Paul A. Magnuson
U.S. District Court Judge
Date

SCANNED
JUL 14 2005
U.S. DISTRICT COURT ST. PAUL